# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY MARSH, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCORMICK & COMPANY, INC.,<br><br>    Defendant. | Case No. 2:15-cv-1625-MCE-EFB<br><br>**ORDER GRANTING STIPULATION TO STAY THE CASE PENDING RESOLUTION OF MOTION TO TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Date:    N/A<br>Time:    N/A<br>Courtroom: 7, 14th Floor 4B<br>Judge:   Hon. Morrison C. England, Jr. |

On August 13, 2015, the parties filed a Stipulation to Stay the Case Pending Resolution of Motion to Transfer by Judicial Panel on Multidistrict Litigation ("Stipulation"). The parties requested an Order from the Court (1) staying these proceedings pending resolution by the U.S. Judicial Panel on Multidistrict Litigation (the "JPML") of Defendant McCormick & Company, Inc.'s ("McCormick") Motion for Transfer of Related Pepper Product Actions for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") and (2) in the event this case is not ultimately transferred by the JPML, directing the parties to contact this Court within 10 days of the JPML's decision not to transfer the case to request a scheduling conference in regard to an appropriate scheduling order which includes the time for McCormick to respond to the operative complaint.

Having considered the Stipulation, and good cause appearing therefore, the Stipulation is GRANTED and the Court orders as follows:

1. These proceedings are stayed pending resolution by the JPML of McCormick's Motion to Transfer; and

2. In the event this case is not ultimately transferred by the JPML, directing the parties to contact this Court within 10 days of the JPML's decision not to transfer the case to request a scheduling conference in regard to an appropriate scheduling order which includes the time for McCormick to respond to the operative complaint.

**IT IS SO ORDERED.**

**Dated: August 19, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT